**M. Francine MODDERNO; The Estate of Claude V. Bache, Plaintiffs-Appellants,**

v.

**SURETY TRUSTEES, LLC; Ocwen Loan Servicing, LLC, Defendants-Appellees.**

No. 17-1590

United States Court of Appeals, Fourth Circuit.

Submitted: October 17, 2017

Decided: October 19, 2017

M. Francine Modderno, Appellant Pro Se. Matthew Daniel Cohen, MCCABE WEISBERG & CONWAY, LLC, Laurel, Maryland; Allison Melton, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

M. Francine Modderno on behalf of herself and the Estate of Claude V. Bache appeals the district court's order denying relief on the complaint seeking damages and equitable relief in connection with a nonjudicial foreclosure sale of real property located in Loudoun County, Virginia. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Modderno v. Surety Trustees, LLC.*, No. 1:17-cv-00077-JCC-TCB, 2017 WL 1234287 (E.D. Va. Apr. 4, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*